**Dismiss and Opinion Filed July 9, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00505-CV

### THOMAS P. SETARO, JR., Appellant

### V.

### NICOLE BROOKMAN, Appellee

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-15-01095-E**

## MEMORANDUM OPINION

Before Justices Fillmore, Myers, and Evans
Opinion by Justice Myers

Stating all matters in controversy between the parties have been resolved, appellant has

filed an unopposed motion to dismiss the appeal with prejudice. *See* TEX. R. APP. P. 42.1(a). We

grant the motion and dismiss the appeal with prejudice. *See id.*

/Lana Myers/
LANA MYERS
150505F.P05                              JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

THOMAS P. SETARO, JR., Appellant

No. 05-15-00505-CV      V.

NICOLE BROOKMAN, Appellee

On Appeal from the County Court at Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-15-01095-E.
Opinion delivered by Justice Myers. Justices Fillmore and Evans participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal with prejudice.

We **ORDER** each party bear its own costs of this appeal.

Judgment entered this 9th day of July, 2015.